UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SPARKS PITA STORE #1, LLC,
a Nevada Limited Liability Company,
CARSON CITY PITA STORE, #1, LLC,
a Nevada Limited Liability Company,
THE DUNHAM GROUP, a Nevada
Corporation, PITA MANAGEMENT
GROUP, LLC, a Nevada Limited
Liability Company, JERRY JONES,
an individual, PAUL K. DUNHAM, III,
an individual, PAUL K. DUNHAM, II,
an individual and DONNA R. DUNHAM,
an individual,

        Plaintiffs,

vs.

PITA PIT, INC., a Delaware Corporation,
and DOES I through X, inclusive.

        Defendants.

Case No.:3:08-cv-00512-LRH-RAM

STIPULATION FOR EXTENSION OF
TIME TO FILE REPLY IN SUPPORT
MOTION TO SEVER IMPROPERLY
JOINED PLAINTIFFS, TRANSFER
VENUE, AND DISMISS CERTAIN
CAUSES OF ACTION, OR,
ALTERNATIVELY, FOR A MORE
DEFINITE STATEMENT AND
ORDER THEREON
(First Request)

Plaintiffs SPARKS PITA STORE #1, LLC, CARSON CITY PITA STORE, #1, LLC, THE DUNHAM GROUP, PITA MANAGEMENT GROUP, LLC, JERRY JONES, PAUL K. DUNHAM, III, PAUL K. DUNHAM, II, and DONNA R. DUNHAM and defendant PITA PIT, INC., by and through their respective counsel, stipulate and agree that the deadline for defendant to file its reply in support of its motion to sever will be January 16, 2009.

///

///

///

///

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

This is defendant's first request for an extension to file their opposition points and authorities and is not made for any improper purpose.

IT IS SO AGREED:

DATED this 19th day of December, 2008.        DATED this 19th day of December, 2008.

LEMONS, GRUNDY & EISENBERG                    LEWIS BRISBOIS BISGAARD & SMITH


By: /s/ *Tiffinay B. Pagni*                   By: /s/ *David S. Kahn*
    TIFFINAY B. PAGNI                             DAVID S. KAHN

    Attorneys for Plaintiffs                      Attorneys for Defendant


## ORDER

**IT IS SO ORDERED.**

DATED this 22nd day of December, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

-2-