UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SPARKS PITA STORE #1, LLC,
a Nevada Limited Liability Company,
CARSON CITY PITA STORE, #1, LLC,
a Nevada Limited Liability Company,
THE DUNHAM GROUP, a Nevada
Corporation, PITA MANAGEMENT
GROUP, LLC, a Nevada Limited
Liability Company, JERRY JONES,
an individual, PAUL K. DUNHAM, III,
an individual, PAUL K. DUNHAM, II,
an individual and DONNA R. DUNHAM,
an individual,

Plaintiffs,

vs.

PITA PIT, INC., a Delaware Corporation,
and DOES I through X, inclusive.

Defendants.

Case No.:3:08-cv-00512-LRH-RAM

STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO SEVER IMPROPERLY JOINED PLAINTIFFS, TRANSFER VENUE, AND DISMISS CERTAIN CAUSES OF ACTION, OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT AND ORDER THEREON
(First Request)

Plaintiffs SPARKS PITA STORE #1, LLC, CARSON CITY PITA STORE, #1, LLC, THE DUNHAM GROUP, PITA MANAGEMENT GROUP, LLC, JERRY JONES, PAUL K. DUNHAM, III, PAUL K. DUNHAM, II, and DONNA R. DUNHAM and defendant PITA PIT, INC., by and through their respective counsel, stipulate and agree that the deadline for plaintiffs to file their opposition to defendant's motion to sever may be extended from December 12, 2008, to December 19, 2008.

///

///

///

///

LEMONS GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO NV 89519-6069
(775) 786-6868

1  This is plaintiffs' first request for an extension to file their opposition points and
2  authorities and is not made for any improper purpose.
3  IT IS SO AGREED:
4  DATED this 12th day of December, 2008.   DATED this 12th day of December, 2008.
5  LEMONS, GRUNDY & EISENBERG         LEWIS BRISBOIS BISGAARD & SMITH

7  By: /s/ Tiffinay B. Pagni                By: /s/ David S. Kahn
       TIFFINAY B. PAGNI                         DAVID S. KAHN
8
   Attorneys for Plaintiffs                   Attorneys for Defendant

## ORDER

IT IS SO ORDERED this 19th day of December, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

LEMONS GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO NV 89519-6069
(775) 786-6868