AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF    NEVADA

SPARKS PITA STORE #1, LLC a Nevada
Limited Liability Company, et al.,

       Plaintiffs,            JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:08-cv-00512-LRH-RAM**

PITA PIT, INC., a Delaware Corporation,
and DOES I through X, inclusive,

       Defendants.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendant's "Motion to Sever Improperly Joined Plaintiffs, Transfer Venue, and Dismiss Certain Causes of Action, or, Alternatively, for a More Definite Statement" (#3) is GRANTED.  The case is dismissed without prejudice to refiling in the appropriate forums.

   August 25, 2009                                    **LANCE S. WILSON**
                                                                                   Clerk

                                                                             /s/ D. R. Morgan
                                                                             Deputy Clerk