UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SPARKS PITA STORE #1, LLC,
a Nevada Limited Liability Company,
CARSON CITY PITA STORE, #1, LLC,
a Nevada Limited Liability Company,
THE DUNHAM GROUP, a Nevada
Corporation, PITA MANAGEMENT
GROUP, LLC, a Nevada Limited
Liability Company, JERRY JONES,
an individual, PAUL K. DUNHAM, III,
an individual, PAUL K. DUNHAM, II,
an individual and DONNA R. DUNHAM,
an individual,

vs.

PITA PIT, INC., a Delaware Corporation,
and DOES I through X, inclusive.

Defendants.

Case No.:3:08-cv-00512-LRH-RAM

STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO FRANCHISE AGREEMENTS
AND ORDER

The parties, by and through their respective counsel, stipulate and agree the deadline to file an opposition to defendants' motion for attorney's fees and costs pursuant to Franchise Agreements be extended one business day - from October 15, 2009 to October 16, 2009.

///
///
///
///
///

1

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

This stipulation is made to allow plaintiffs' counsel time to finalize the opposition which has been delayed as a result of brief absence from the office due to illness.

DATED this 15th day of October 2009.   DATED this 15th day of October, 2009.

LEMONS, GRUNDY & EISENBERG   LEWIS BRISBOIS BISGAARD & SMITH

By: /s/ Tiffinay B. Pagni   By: /s/ Daniel C. Decarlo
TIFFINAY B. PAGNI                DANIEL C. DECARLO
Attorneys for Plaintiffs         Attorneys for Defendants

### ORDER

**IT IS SO ORDERED.**

]DATED this 16th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868